---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District Of Texas _____
(State)

Case number (*If known*): _____ Chapter 11

❑ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Covenant Plastics, Inc.

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number** (EIN)

   7 6 – 0 6 8 0 7 5 3

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14510 Beaumont Highway | |
   | Number        Street | Number        Street |
   | | P.O. Box |
   | Houston                    TX        77049 | |
   | City                    State        ZIP Code | City                    State        ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | HARRIS | |
   | County | Number        Street |
   | | |
   | | City                    State        ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ❑ Partnership (excluding  LLP)

   ❑ Other. Specify: _____

Debtor    **Covenant Plastics, Inc.**                                      Case number *(if known)*_____
                    Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                               MM / DD / YYYY

           District _____   When _____   Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

           District _____   When _____
                                                   MM / DD / YYYY

           Case number, if known _____

Debtor  Covenant Plastics, Inc.
        Name
                                        Case number (if known)

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____
City                                    State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Covenant Plastics, Inc.                                    Case number (if known)_____
          Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/09/2017
              MM  / DD / YYYY

✘ s/Prentice S. Tillman                          Prentice S. Tillman
Signature of authorized representative of debtor      Printed name

Title President

**18. Signature of attorney**

✘ s/Margaret M. McClure            Date   03/09/2017
Signature of attorney for debtor           MM   / DD / YYYY

Margaret M. McClure
Printed name

Law Office of Margaret M. McClure
Firm name

909 Fannin, Suite 3810
Number      Street

Houston                                TX        77010
City                                   State     ZIP Code

(713) 659-1333                         Margaret@mmmcclurelaw.com
Contact phone                          Email address

00787997                               TX
Bar number                             State

UNITED STATES BANKRUPTCY COURT
Southern District of Texas
Houston Division

In re:

Case No. BKY

Covenant Plastics, Inc.,

Debtor(s)                                          Chapter 11 Case


STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, Prentice S. Tillman, declare under penalty of perjury that I am the President of Covenant Plastics, Inc., a Texas corporation and that on January 5, 2017 the following resolution was duly adopted by the Shareholders of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Prentice S. Tillman, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Prentice S. Tillman, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Prentice S. Tillman, President of this corporation, is authorized and directed to employ Margaret M. McClure, attorney and the law firm of Law Office of Margaret M. McClure to represent the corporation in such bankruptcy case."

| Executed on:   03/09/2017 | Signed: s/Prentice S. Tillman |
|---|---|
| | Prentice S. Tillman 14510 Beaumont Highway, Houston, TX   77049 (*Name and Address of Subscriber*) |

**Fill in this information to identify the case:**

Debtor name _____ **Covenant Plastics, Inc.** _____

United States Bankruptcy Court for the: _____ **Southern District of Texas** _____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .........................................................

   $ **1,635,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................

   $ **283,900.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................

   $ **1,918,900.00**

---

**Part 2:  Summary of Liabilities**

2. ***Schedule D: Creditors Who Hold Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................

   $ **3,553,759.18**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

   $ **2,918.32**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................

   + $ **565,980.84**

4. **Total liabilities**................................................................................................
   Lines 2 + 3a + 3b

   $ **4,122,658.34**

---

**Fill in this information to identify the case:**

Debtor name  Covenant Plastics, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Independent Bank | Checking Account | 4  0  9  5 | $ 1,900.00 |
| 3.2. | Bank of America | Checking Account | 7  7  4  4 | $ 26,000.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  — $ 27,900.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor  Covenant Plastics, Inc.
_____
Name

Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$_____

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........➔   $_____
face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ = ........➔   $_____
face amount                 doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

---

Debtor    Covenant Plastics, Inc.
          _____    Case number (if known)_____
          Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Covenant Plastics, Inc.
          Name                                                    Case number (if known)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                              $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture, Fixtures & Equipment | $_____ | _____ | $2,500.00 |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers/phones/software | $_____ | _____ | $500.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                             $3,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Covenant Plastics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 Dodge Ram 550 Chasis | $ | | $ 28,000.00 |
| 47.2 1996 Caterpillar Wheel Loader | $ | | $ 5,000.00 |
| 47.3 2015 Peterbilts (2) | $ | | $ 200,000.00 |
| 47.4 2015 Case Track Loader | $ | | $ 20,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 253,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Covenant Plastics, Inc.
          _____      Case number (if known)_____
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial-14510 Beaumont Hwy, Hou | Owner | $_____ | _____ | $ 1,635,000.00 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,635,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 10:    Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☒ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor  Covenant Plastics, Inc.
        _____    Case number (if known)_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜   $_____
                                   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential recovery in lawsuit against Angel Export Import, LLC   $ Unknown

Nature of claim       Breach of Contract & Fraud

Amount requested   $ 500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim       _____

Amount requested_   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Washline & Beast   $ 500,000.00

See Attachment 1   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 1,107,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor     Covenant Plastics, Inc.
           Name                                                    Case number (if known)

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 27,900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $ 3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 253,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➔ | | $ 1,635,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,107,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 1,390,900.00 | + 91b. $ 1,635,000.00 |

92.     **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................    $ 3,025,900.00

Attachment 1
Debtor: Covenant Plastics, Inc.        Case No:

Attachment 1: Additional Property Not Already Listed

Description: Spin Dryer & Granulator (2)
Value: $40,000.00

Description: Blade Sharpener
Value: $5,000.00

Description: Grinder (2)
Value: $50,000.00

Description: Roll Offs (6)
Value: $20,000.00

Description: Roll Offs (5)
Value: $16,000.00

Description: International Heavy Duty Lonestar, SN: 3HSCXAPRXFN663943
Value: $85,000.00

Attachment 1
Debtor: Covenant Plastics, Inc.          Case No:

Description: Skid Steer Loader
Value: $20,000.00

Description: Forklift
Value: $40,000.00

Description: Forklifts (2)
Value: $20,000.00

Description: Leased trailers (6)
Value: Unknown

Description: Nissan Forklift
Value: $1,000.00

Description: Old Grinder
Value: $3,500.00

Description: Compactor
Value: $1,500.00

Description: Caterpillar (10/12)
Value: $20,000.00

Description: Fork Lift (06/03)
Value: $2,500.00

Description: Nissan Forklift (10/04)
Value: $2,500.00

Description: Wheel Loader (06/14)
Value: $5,000.00

Description: Peterbilt (06/16)
Value: $100,000.00

Description: Peterbilt (03/16)
Value: $100,000.00

Description: Washlines (2, valued at $37,500 each)-Each has a grinder, spin dryer, float
tank & friction washer
Value: $75,000.00

**Fill in this information to identify the case:**

Debtor name ___Covenant Plastics, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Ally Financial | Describe debtor's property that is subject to a lien<br>2014 Dodge Ram 550 Chasis-Security Agreement | $ 45,656.25 | $ 28,000.00 |

**2.1**

Creditor's name
Ally Financial

Creditor's mailing address
P.O. Box 380901
Bloomington, MN 55438

Creditor's email address, if known
_____

Date debt was incurred   7/2015
Last 4 digits of account number   6 7 6 7

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
2014 Dodge Ram 550 Chasis-Security Agreement

Describe the lien
_____

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $ 45,656.25
Column B: $ 28,000.00

**2.2**

Creditor's name
Ascentium Capital

Creditor's mailing address
P.O. Box 301593
Dallas, TX 75303

Creditor's email address, if known
_____

Date debt was incurred   _____
Last 4 digits of account number   1 3 5 7

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
   - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Spin Dryer & Granulator (2)-Security Agreements-Also acct #4506

Describe the lien
_____

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $ 121,032.80
Column B: $ 70,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 3,553,759.18

Debtor  **Covenant Plastics, Inc.**
  Name

Case number *(if known)* _____

---

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

Ascentium Capital

**Creditor's mailing address**

P.O. Box 301593
Dallas , TX 75303

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**   4  5  0  6

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blade Sharpener-Security Agreement _____

$ 16,562.59      $ 5,000.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

Caterpillar Financial Services Corp.

**Creditor's mailing address**

P.O. Box 730681
Dallas, TX 75373

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**   9  6  8  6

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security Agreement on Skid Steer Loader-Also acct #1000

$ 47,325.83      $ 20,000.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Covenant Plastics, Inc.
_____Name_____

Case number *(if known)*_____

| | Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** | Creditor's name

Frost Bank

**Creditor's mailing address**

100 West Houston Street
San Antonio, TX 78205

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   9  0  0  1

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklift                                    $ 40,000.00       $ 30,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** | Creditor's name

Frost Bank

**Creditor's mailing address**

100 West Houston Street
San Antonio, TX 78205

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Roll Offs (5)                               $ 25,200.00       $ 16,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Covenant Plastics, Inc.
      Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral** |
| Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**

Harris County, et al (John Dillman)

**Creditor's mailing address**

P.O. Box 3064
Houston, TX 77253

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  0  1  3  6

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Property taxes owed (Also accts. ...0000, ...0122)

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $15,767.47 | $ Unknown |

---

**2.8** **Creditor's name**

Independent Bank

**Creditor's mailing address**

2661 Royal Forest Drive
Kingwood, TX 77339

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  3  9  7  5

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Commercial property at 14510 Beaumont Highway, Houston, TX 77049

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $ 1,631,242.65 | $ 1,635,000.00 |

---

Debtor  Covenant Plastics, Inc.
        Name

Case number *(if known)*_____

---

**Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** | **Creditor's name**

Independent Bank

**Creditor's mailing address**

2661 Royal Forest Drive
Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   6  8  0  1

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____
　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Washline & Beast-Security Agreement

$645,905.33 | $500,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | **Creditor's name**

Independent Bank

**Creditor's mailing address**

2661 Royal Forest Drive
Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   0  7  4  5

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____
　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Line of Credit

$241,790.00 | $241,790.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Covenant Plastics, Inc.
_____
Name

Case number (if known) _____

---

## Part 1:   Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.1 | Creditor's name**

Navistar Capital/BMO Harris Bank, NA

**Creditor's mailing address**

P.O. Box 71810
Chicago, IL 60694

**Creditor's email address, if known**

**Date debt was incurred**   6/15/15-7/2015

**Last 4 digits of account number**   4  2  3  9

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

International Heavy Duty Lonestar,
SN:3HSCXAPRXFN663943 - Security Agreement

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 98,876.50          $ 85,000.00

---

**2.12 | Creditor's name**

Sheldon I.S.D.

**Creditor's mailing address**

11411 C. E. King Parkway, Suite A
Houston, TX 77044

**Creditor's email address, if known**

**Date debt was incurred**   _____

**Last 4 digits of account number**   2  1  1  3

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

School taxes owed (Also accts. ...0122, ...0136)

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 26,322.97          $ Unknown

---

Debtor  Covenant Plastics, Inc.
        Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**

Stearns Bank, N.A.

**Creditor's mailing address**

P.O. Box 750
Albany, MN 56307

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   4  0  0  3

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1996 Caterpillar Wheel Loader-Security Agreement

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,798.41        $ 5,000.00

---

**2.14 Creditor's name**

Stearns Bank, N.A.

**Creditor's mailing address**

P.O. Box 750
Albany, MN 56307

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   4  0  0  6

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Roll Offs (6)-Security Agreement

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,825.87        $ 20,000.00

---

Debtor    Covenant Plastics, Inc.
          Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15 Creditor's name**

Stearns Bank, N.A.

**Creditor's mailing address**

P.O. Box 750

Albany, MN 56307

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    4  0  0  5

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 Grinders-Security Agreement

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 59,398.43    $ 50,000.00

---

**2.16 Creditor's name**

Susquehanna Commercial Finance/BB&T

**Creditor's mailing address**

2 Country View Road, Suite 300

Malvern, PA 19355

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    1  0  0  1

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Case Track Loader-Security Agreement

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 38,745.00    $ 20,000.00

---

Debtor  Covenant Plastics, Inc.
        Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** Creditor's name

TCF Equipment Finance

**Creditor's mailing address**

P.O. Box 77077
Minneapolis, MN 55480

**Creditor's email address, if known**

_____

Date debt was incurred  3/2016
Last 4 digits of account number    1  5  0  1

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Peterbilts (2-Owe $154,154.54 on each)-Security Agreement

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308,309.08     $ 200,000.00

---

**2.18** Creditor's name

Toyota Industrial Commercial Finance, Inc.

**Creditor's mailing address**

P.O. Box 2431
Carol Stream, IL 60132

**Creditor's email address, if known**

_____

Date debt was incurred  _____
Last 4 digits of account number    2  6  6  7

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklifts (2)-Security Agreement-Also acct #1981

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,000.00     $ 20,000.00

---

Debtor  Covenant Plastics, Inc.
Name

Case number *(if known)*_____

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19 Creditor's name**

XTRA Lease, LLC

**Creditor's mailing address**

130 McCarty Road
Houston, TX 77029

**Creditor's email address, if known**

Accts 1325/0481/5221/4422/4349/1569

Date debt was incurred    5/25/2016
Last 4 digits of account number    L 3 5 4

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Leased trailers (6) -VAN ROAD, 53-0,
S-RIDE, PLATE-2015-2017

$ 126,000.00    $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20 Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

Date debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 10 of 11

Debtor    Covenant Plastics, Inc.
_____    Case number (if known)_____
          Name

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203 | Line 2. 4 | 9 6 8 6 |
| Caterpillar Financial Services Corp.<br>P.O. Box 340001<br>Nashville, TN 37203 | Line 2. 4 | 9 6 8 6 |
| Frost Bank/Frost Leasing<br>P.O. Box 1600<br>San Antonio, TX 78296 | Line 2. 5 | 9 0 0 1 |
| Frost Bank<br>P.O. Box 1600<br>San Antonio, TX 78296 | Line 2. 6 | __ __ __ __ |
| Harris County, et al<br>P.O. Box 4622<br>Houston, TX 77210 | Line 2. 7 | 0 1 3 6 |
| Independent Bank<br>P.O. Box 3035<br>McKinney, TX 75070 | Line 2. 9 | 6 8 0 1 |
| Independent Bank<br>P.O. Box 3035<br>McKinney, TX 75070 | Line 2. 10 | 0 7 4 5 |
| Navistar Capital/BMO Harris Bank, NA<br>P.O. Box 3040<br>Cedar Rapids, IA 52406 | Line 2. 11 | 4 2 3 9 |
| Susquehanna Commercial Finance, Inc./BB&T<br>P.O. Box 896534<br>Charlotte, NC 28289 | Line 2. 16 | 1 0 0 1 |
| TCF Equipment Finance<br>15450 South Outer Forty Drive, Suite 220<br>Chesterfield, MO 63017 | Line 2. 17 | 1 5 0 1 |
| TCF Equipment Finance, Inc.<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, Minnesota 55305 | Line 2. 17 | 1 5 0 1 |
| XTRA Lease, LLC<br>7911 Forsyth Blvd., Suite 600<br>Saint Louis, MO 63105 | Line 2. 19 | L 3 5 4 |
| XTRA Lease, LLC<br>P.O. Box 99262<br>Chicago, Illinois 60693 | Line 2. 19 | L 3 5 4 |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor    Covenant Plastics, Inc.

United States Bankruptcy Court for the:   Southern District of Texas

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:   $2,918.32    $2,918.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3**   Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Covenant Plastics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Chevron Phillips Chemical Co, LP (L. Falli)

3821 Juniper Trace, Suite 108

Austin, TX 78738

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

$ 83,416.87

Date or dates debt was incurred    8/2016

Last 4 digits of account number    6  0  0  1

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Home Depot Credit

P.O. Box 90010390

Louisville, KY 40290

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business debt-Credit card

$ 3,672.00

Date or dates debt was incurred

Last 4 digits of account number    4  5  4  2

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Independent Bank

2661 Royal Forest Drive

Kingwood, TX 77339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 171,750.00

Date or dates debt was incurred

Last 4 digits of account number    9  7  8  1

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Progressive Environmental Services, Inc./SWS

P.O. Box 538498

Atlanta, GA 30353

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Cleanup chemical spill in ditch, Job HU1-611-1058

$ 59,020.07

Date or dates debt was incurred    1/2016

Last 4 digits of account number    V  0  0  3

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Schuetz Container Systems, Inc.-C. Nichols

909 Fannin, Suite 2300

Houston, TX 77010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt-Judgment

$ 248,121.90

Date or dates debt was incurred    5-8/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Covenant Plastics, Inc.
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service-U.S. Attorney<br>1000 Louisiana Street, Suite 2300<br>Houston, TX 77002 | Line 2.1<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Internal Revenue Service-US Atty Gen<br>10th & Constitution, N.W.<br>Washington, District of Columbia 20530 | Line 2.1<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | IRS-Special Procedures, Insolvency II (7,11)<br>1919 Smith Street, Stop 5022HOU<br>Houston, TX 77002 | Line 2.1<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Chevron Phillips Chemical Co, LP<br>c/o Atradius Collections, Inc., 1200 Arlington Heights Road, Suite 410<br>Itasca, IL 60143 | Line 3.1<br>☐ Not listed. Explain _____ | 6 0 0 1 |
| 4.5. | Chevron Phillips Chemical Co, LP<br>10001 Six Pines Drive<br>The Woodlands, TX 77380 | Line 3.1<br>☐ Not listed. Explain _____ | 6 0 0 1 |
| 4.6. | Progressive Environmental Services, Inc./SWS<br>1700 North E Street<br>LaPorte, TX 77571 | Line 3.4<br>☐ Not listed. Explain _____ | V 0 0 3 |
| 4.7. | Progressive Environmental Services, Inc./SWS<br>1619 Moylan Road<br>Panana City Beach, Florida 32407 | Line 3.4<br>☐ Not listed. Explain _____ | V 0 0 3 |
| 4.8. | Schuetz Container Systems, Inc.<br>200 Aspen Hill Road<br>North Branch, NJ 08876 | Line 3.5<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Schuetz Container Systems, Inc.-C. Nichols<br>1401 McKinney Street, Suite 2200<br>Houston, TX 77010 | Line 3.5<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Covenant Plastics, Inc.
        _____          Case number (if known) _____
        Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,918.32 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 565,980.84 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 568,899.16 |

**Fill in this information to identify the case:**

Debtor name  Covenant Plastics, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____    Chapter  11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Leased trailers (6) | XTRA Lease |
| | | | 130 McCarty Road |
| | State the term remaining | | Houston          TX          77029 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Covenant Plastics, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Prentice S. Tillman | 14510 Beaumont Highway <br> Street <br><br> Houston    TX    77049 <br> City    State    ZIP Code | Ally Financial <br><br> See Attachment 1 | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Vickie R. Tillman | 14510 Beaumont Highway <br> Street <br><br> Houston    TX    77049 <br> City    State    ZIP Code | Ascentium Capital <br><br> See Attachment 2 | ☒ D <br> ☒ E/F <br> ☐ G |
| 2.3 _____ | Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Attachment
Debtor: Covenant Plastics, Inc.        Case No:

Attachment 1

Ascentium Capital, Schedule D
     Ascentium Capital, Schedule D
     Caterpillar Financial Services Corp., Schedule D
     Frost Bank, Schedule D
     Frost Bank, Schedule D
     Independent Bank, Schedule D
     Independent Bank, Schedule D
     Independent Bank, Schedule D
     Navistar Capital/BMO Harris Bank, NA, Schedule D
     Stearns Bank, N.A., Schedule D
     Stearns Bank, N.A., Schedule D
     Stearns Bank, N.A., Schedule D
     Susquehanna Commercial Finance/BB&T, Schedule D
     TCF Equipment Finance, Schedule D
     Toyota Industrial Commercial Finance, Inc., Schedule D

Attachment 2

Independent Bank, Schedule D
     Independent Bank, Schedule D
     Independent Bank, Schedule D
     Stearns Bank, N.A., Schedule D
     Stearns Bank, N.A., Schedule D
     Progressive Environmental Services, Inc./SWS, Schedule E/F
     Home Depot Credit, Schedule E/F

**Fill in this information to identify the case and this filing:**

Debtor Name    Covenant Plastics, Inc.

United States Bankruptcy Court for the:    Southern District Of Texas

Case number (*If known*):    _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/09/2017            ✖ s/Prentice S. Tillman
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                            Prentice S. Tillman
                                            Printed name

                                            President
                                            Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:

     Covenant Plastics, Inc.,
               Debtor

                                    Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Prentice S. Tillman<br>14510 Beaumont Highway<br>Houston, TX 77049 | Common | 40% | Shareholder |
| Vickie R. Tillman<br>14510 Beaumont Highway<br>Houston, TX 77049 | Common | 60% | Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I,  Prentice S. Tillman, President  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   03/09/2017

Signature:   s/Prentice S. Tillman
Printed Name:   Prentice S. Tillman
Title:   President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

**Fill in this information to identify the case:**

Debtor name      Covenant Plastics, Inc.

United States Bankruptcy Court for the:   Southern District of Texas

Case number (If known):   _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2017<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 131,438.62 |
| For prior year: | From 01/01/2016<br>MM / DD / YYYY | to | 12/31/2016<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 2,516,765.00 |
| For the year before that: | From 01/01/2015<br>MM / DD / YYYY | to | 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,998,099.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor     Covenant Plastics, Inc.        Case number (if known)_____
            Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State    ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State    ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | _____ <br><br> _____ <br><br> _____ |
| 4.2. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | _____ <br><br> _____ <br><br> _____ |

Debtor  Covenant Plastics, Inc.
_____     Case number *(if known)*_____
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Scheuetz Container v Covenant | Lawsuit-Judgment Rendered | 11th Judicial Court<br>Name<br>Harris County, Texas<br>Street<br>201 Caroline<br>Houston    TX    77002<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>2016-87301 | | | |
| 7.2. | **Case title**<br>Covenant v. Angel Export Import | Breach of Contract & Fraud | **Court or agency's name and address**<br>189 Judicial District Court<br>Name<br>201 Caroline<br>Street<br>Houston    TX    77002<br>City    State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2016-86572-7 | | | See Attachment 1 |

---

Debtor    Covenant Plastics, Inc.
     Name

Case number *(if known)*_____

---

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | **Case number** | Street |
| City   State   ZIP Code | _____ | City   State   ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | | |
| _____ | _____ | _____ | $_____ |

---

Debtor   Covenant Plastics, Inc.
<u>Name</u>                                           Case number *(if known)*_____

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Margaret M. McClure | Paid by Debtor in installments of $25,000.00 | _____ | $ 35,000.00 |
| **Address** | on 1/5/2017 & $10,000.00 on 3/9/2017 | | |
| Attorney at Law | | | |
| Street | | | |
| 909 Fannin, Suite 3810 | | | |
| Houston          TX        77010 | | | |
| City          State      ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Debtor    Covenant Plastics, Inc.                                                    Case number *(if known)*_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ City          State     ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ City          State     ZIP Code | |

| Debtor | Covenant Plastics, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Part 8:**  **Healthcare Bankruptcies**

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City          State          ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City          State          ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Covenant Plastics, Inc._____   Case number (if known)_____
             Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Covenant Plastics, Inc.
          _____          Case number *(if known)*_____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | _____ | ☐ Concluded |
| | _____ City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Covenant Plastics, Inc. Name | Harris County Pollution Control Svc. Name | Complaint of discharge into ditch and bad odor | 10/31/2016 |
| 14510 Beaumont Highway Street | 101 S. Richey, Suite H Street | | |
| Houston          TX          77049 City          State          ZIP Code | Pasadena          TX          77506 City          State          ZIP Code | | |

---

Debtor      Covenant Plastics, Inc._____      Case number (if known)_____
                    Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Covenant Plastics, Inc.<br>Name<br>14510 Beaumont Highway<br>Street<br><br>Houston          TX      77049<br>City          State     ZIP Code | Plastic Recycling | EIN: _7_ _6_ – _0_ _6_ _8_ _0_ _7_ _5_ _3_<br><br>**Dates business existed**<br><br>From 5/14/2001  To _____ |
| 25.2. | Business name and address<br><br>Name<br>Street<br>City          State     ZIP Code | Describe the nature of the business | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | Business name and address<br><br>Name<br>Street<br>City          State     ZIP Code | Describe the nature of the business | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor  Covenant Plastics, Inc.
_____
Name

Case number *(if known)*_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Kenneth O Dike, C.P.A<br>Name<br>2626 S. Loop West, #309<br>Street<br>(2005 - Present)<br>Houston                          TX              77054<br>City                              State            ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>City              State          ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Kenneth O Dike<br>Name<br>2626 S. Loop West, #309<br>Street<br>(2005 - Present)<br>Houston                          TX              77054<br>City                              State            ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>City              State          ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Kenneth O Dike<br>Name<br>2626 S. Loop West, #309<br>Street<br>Houston                          TX              77054<br>City                              State            ZIP Code | _____<br>_____<br>_____ |

| Debtor | Covenant Plastics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| _____ | _____ |
| Name | _____ |
| _____ | _____ |
| Street | |
| _____ | |
| City                          State             ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.2.  Ally Financial |
| Name |
| P.O. Box 380901 |
| Street |
| Bloomington                    MN              55438 |
| City                          State             ZIP Code |

| Name and address |
|---|
| 26d.2.  Ascentium Capital |
| Name |
| P.O. Box 301593 |
| Street |
| Dallas                          TX              75303 |
| City                          State             ZIP Code |

See Attachment 2

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                          State             ZIP Code |

Debtor ___Covenant Plastics, Inc._____     Case number (if known)_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

_____
Street

_____
City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Prentice S. Tillman | 14510 Beaumont Highway, Houston, TX 77049 | President - Shareholder | 40 |
| Vickie R. Tillman | 14510 Beaumont Highway, Houston, TX 77049 | C.E.O. - Shareholder | 60 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Prentice S. Tillman<br>Name<br>14510 Beaumont Highway<br>Street<br>Houston            TX          77049<br>City            State        ZIP Code | $144,000.00 | Pmts/draws<br><br>for previous<br><br>12 months | _____ |
| Relationship to debtor<br>President | | | |

Debtor    Covenant Plastics, Inc.      Case number (if known)_____
        Name

| **Name and address of recipient** | $216,000.00 | Pmts/draws | _____ |
|---|---|---|---|
| Vickie R. Tillman | | for previous | |
| Name | | | |
| 14510 Beaumont Highway | | 12 months | |
| Street | | | |
| | | | |
| Houston     TX     77049 | | _____ | |
| City    State    ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| C.E.O. | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/09/2017
        MM / DD / YYYY

✖ s/Prentice S. Tillman        Printed name   Prentice S. Tillman
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No

☐ Yes

Attachment
Debtor: Covenant Plastics, Inc.        Case No:

Attachment 1

    Case Title: Mario Ventura v. Covenant Plastics, Inc.
    Case Number: 2015-47056
    Nature of Case: Lawsuit-Dismissed with Prejudice
    Court or Agency's Name 125th Judicial District Court
    Creditor's Address:  201 Caroline, Houston, TX 77002
    Status of Case: Concluded

Attachment 2 Additional Financial Statement Recipients:

    Name: Stearns Bank, NA
    Address: P.O. Box 750, Albany, MN 56307

    Name: TCF Equipment Finance
    Address: P.O. Box 77077, Minneapolis, MN 55480

    Name: Susquehanna Commercial Finance, Inc./BB&T
    Address: 2 Country View Road, Suite 300, Malvern, PA 19356

    Name: XTRA LEASE
    Address: 130 McCarty, Houston, TX 77029

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**In re**

    **Covenant Plastics, Inc.**

                                    Case No. _____

**Debtor**                                   Chapter **11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **35,000.00**_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **35,000.00**_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2.   The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify)

3.   The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  03/09/2017         **s/Margaret M. McClure**
*Date*                *Signature of Attorney*

                   **Law Office of Margaret M. McClure**
                   *Name of law firm*

Covenant Plastics, Inc.
14510 Beaumont Highway
Houston, TX 77049


Ally Financial
P.O. Box 380901
Bloomington, MN 55438


Ascentium Capital
P.O. Box 301593
Dallas, TX 75303


Ascentium Capital
P.O. Box 301593
Dallas, TX 75303


Caterpillar Financial Services Corp.
P.O. Box 730681
Dallas, TX 75373


Caterpillar Financial Services Corp.
P.O. Box 340001
Nashville, TN 37203


Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203


Chevron Phillips Chemical Co, LP
10001 Six Pines Drive
The Woodlands, TX 77380


Chevron Phillips Chemical Co, LP
c/o Atradius Collections, Inc.
1200 Arlington Heights Road, Suite 410
Itasca, IL 60143

Chevron Phillips Chemical Co, LP (L. Falli)
3821 Juniper Trace, Suite 108
Austin, TX 78738


Frost Bank
100 West Houston Street
San Antonio, TX 78205


Frost Bank
P.O. Box 1600
San Antonio, TX 78296


Frost Bank/Frost Leasing
P.O. Box 1600
San Antonio, TX 78296


Harris County, et al
P.O. Box 4622
Houston, TX 77210


Harris County, et al (John Dillman)
P.O. Box 3064
Houston, TX 77253


Home Depot Credit
P.O. Box 90010390
Louisville, KY 40290


Independent Bank
2661 Royal Forest Drive
Kingwood, TX 77339


Independent Bank
P.O. Box 3035
McKinney, TX 75070

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service-U.S. Attorney
1000 Louisiana Street, Suite 2300
Houston, TX 77002


Internal Revenue Service-US Atty Gen
10th & Constitution, N.W.
Washington, District of Columbia 20530


IRS-Special Procedures, Insolvency II (7,11)
1919 Smith Street, Stop 5022HOU
Houston, TX 77002


Navistar Capital/BMO Harris Bank, NA
P.O. Box 71810
Chicago, IL 60694


Navistar Capital/BMO Harris Bank, NA
P.O. Box 3040
Cedar Rapids, IA 52406


Prentice S. Tillman
14510 Beaumont Highway
Houston, TX 77049


Progressive Environmental Services, Inc./SWS
P.O. Box 538498
Atlanta, GA 30353


Progressive Environmental Services, Inc./SWS
1619 Moylan Road
Panana City Beach, FL 32407

Progressive Environmental Services, Inc./SWS
1700 North E Street
LaPorte, TX 77571


Schuetz Container Systems, Inc.
200 Aspen Hill Road
North Branch, NJ 08876


Schuetz Container Systems, Inc.-C. Nichols
909 Fannin, Suite 2300
Houston, TX 77010


Schuetz Container Systems, Inc.-C. Nichols
1401 McKinney Street, Suite 2200
Houston, TX 77010


Sheldon I.S.D.
11411 C. E. King Parkway, Suite A
Houston, TX 77044


Stearns Bank, N.A.
P.O. Box 750
Albany, MN 56307


Susquehanna Commercial Finance, Inc./BB&T
P.O. Box 896534
Charlotte, NC 28289


Susquehanna Commercial Finance/BB&T
2 Country View Road, Suite 300
Malvern, PA 19355


TCF Equipment Finance
P.O. Box 77077
Minneapolis, MN 55480

TCF Equipment Finance
15450 South Outer Forty Drive, Suite 220
Chesterfield, MO 63017


TCF Equipment Finance, Inc.
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305


Toyota Industrial Commercial Finance, Inc.
P.O. Box 2431
Carol Stream, IL 60132


Vickie R. Tillman
14510 Beaumont Highway
Houston, TX 77049


XTRA Lease, LLC
130 McCarty Road
Houston, TX 77029


XTRA Lease, LLC
P.O. Box 99262
Chicago, IL 60693


XTRA Lease, LLC
7911 Forsyth Blvd., Suite 600
Saint Louis, MO 63105

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**
**Houston Division**

In re:

**Covenant Plastics, Inc.**

Case No. _____

Chapter **11** _____

**Debtors**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____03/09/2017_____        Signed: __/s/ Prentice S. Tillman_____

Dated: _____        Signed: _____